*General Biggs* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.

No. 199. CORNING GLASS WORKS *v.* ROBERTSON, COMMISSIONER OF PATENTS. October 9, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Edward S. Rogers, Vernon M. Dorsey,* and *Wm. R. Green, Jr.,* for petitioner. *Solicitor General Biggs* and *Messrs. Paul D. Miller* and *T. A. Hostetler* for respondent.

No. 204. McGUIRE ET AL. *v.* UNITED STATES; and No. 265. MANN *v.* SAME. October 9, 1933. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Basil O'Connor, Max D. Steuer,* and *Samuel B. Pettengill* for petitioners in No. 204. *Mr. Martin Conboy* for petitioner in No. 265. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 205. SOUTHERN RAILWAY-CAROLINA DIVISION *v.* LYTLE, ADMINISTRATOR. October 9, 1933. Petition for writ of certiorari to the Supreme Court of South Carolina denied. *Messrs. Sidney S. Alderman, H. O'B. Cooper, Frank G. Tompkins, J. E. McDonald,* and *S. R. Prince* for petitioner. *Mr. Irvine F. Belser* for respondent.

No. 206. MIDLAND FINANCE CORP. *v.* BUSCH. October 9, 1933. Petition for writ of certiorari to the Circuit